## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

FREDERICK A. MOHAMMED,
ADC #97575                                                                                          PLAINTIFF

v.                                    2:11-cv-00190-JMM-JTK

CODY, et al.                                                                                        DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED with prejudice, for failure to state a claim upon which relief may be granted. The relief sought is denied.

The Court certifies that an in forma pauperis appeal from this Judgment and accompanying Order would not be taken in good faith, pursuant to 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this  29   day of  December, 2011.

_____
JAMES M. MOODY
UNITED STATES DISTRICT JUDGE